```
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF FLORIDA

                            CASE NO. 11-60016-CIV-COHN
                            MAGISTRATE JUDGE P. A. WHITE
```

ALLEN T. LUDA,                  :

    Petitioner,             :

v.                              :          <u>REPORT OF</u>
                                          <u>MAGISTRATE JUDGE</u>

WALTER MCNEIL,                  :

    Respondent.             :
_____

    The <u>pro-se</u> petitioner, Allen Luda Oscar filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 on January 5, 2011, attacking his conviction in case no. 98-19388-CF entered in Broward County.

    The petitioner filed a prior petition for writ of habeas corpus on November 10, 2010, assigned Case No. 10-62175-Civ-Dimitrouleas, pending in this Court. A Response has been filed in that case.

    This case is duplicative of the earlier filed case. It is a waste of judicial resources for two identical petitions to remain pending.

    It is therefore recommended that the later filed case numbered 11-60016-Civ-Seitz be dismissed as duplicative.[1]

    Objections to this Report may be filed with the District Judge within fourteen days following receipt.

---

    [1] Both petitions were signed on the same day.

Dated this 12th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Allen Luda, Pro Se
DC#L29296
South Florida Reception Center
Address of Record