UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60016-CIV-COHN/WHITE

ALLEN T. LUDA,

      Petitioner,

v.

WALTER MCNEIL,

      Respondent.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report of Magistrate Judge [DE 6], submitted by United States Magistrate Judge Patrick A. White, regarding Mr. Allen T. Luda's Petition for writ of habeas corpus filed under 28 U.S.C. § 2254 [DE 1].  Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Petition and the Report of Magistrate Judge, and is otherwise fully advised in the premises.[1]  It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge [DE 6] is **ADOPTED**;

2. Mr. Luda's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** as duplicative of Case No. 10-62175-Civ-Dimitrouleas;

3. All pending motions are **DENIED as moot**, and the Clerk of Court is

---

[1] The Court notes that Mr. Luda has not filed Objections to the Report of Magistrate Judge, and the time for filing such Objections has passed.

directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 14th day of February, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
and *pro se* parties via regular mail

Allen T. Luda, *pro se*
L-29296
South Florida Reception Center
B-1132-S
13910 N.W. 41st Street
Doral, Fl 33178-3014